UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **AUDREY RAYFORD, ET AL.** | * | **CIVIL ACTION NO. 15-2835** |
| **VERSUS** | * | **JUDGE ROBERT G. JAM ES** |
| **KARL STORZ ENDOSCOPY AMERICA, INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 38], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss [Doc. No. 8], filed by Defendants Karl Storz Endoscopy of America, Inc. and Karl Storz Endovision is **GRANTED IN PART AND DENIED IN PART.** The motion is **GRANTED** to the extent these Defendants are sued as Manufacturers and seek dismissal of Plaintiffs' LPLA claims for a manufacturing defect, as well as Plaintiffs' non-LPLA claims for strict liability, breach of express and implied warranty, fraudulent misrepresentation, and punitive damages, and **DENIED** as to Plaintiffs' claims under the LPLA for defects in design, inadequate warning, and express warranty, as well as their non-LPLA claims under redhibition and Plaintiff Darryl Rayford's claim for loss of consortium.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss is **GRANTED** in favor of both Defendants, to the extent that they are sued as non-manufacturer sellers, and seek dismissal of Plaintiffs' claims under the LPLA, their non-LPLA claims for strict

products liability, breach of express warranty, breach of implied warranty, and punitive damages, and **DENIED** as to Plaintiffs' claims under redhibition.

MONROE, LOUISIANA, this 17th day of August, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE